NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**SINCLAIR-ALLISON, INC.,**
*Plaintiff-Appellant,*

**v.**

**FIFTH AVENUE PHYSICIAN SERVICES, LLC,
FIFTH AVENUE AGENCY, INC., PRIMORIS
CREDENTIALING NETWORK, AND PROFILE
VERIFICATION SERVICES,**
*Defendants-Appellees.*

———————————

2013-1177

———————————

Appeal from the United States District Court for the Western District of Oklahoma in No. 12-CV-0360, Judge Vicki Miles-LaGrange.

———————————

**ON MOTION**

———————————

Before PROST, *Circuit Judge.*

**O R D E R**

Fifth Avenue Physician Services, LLC, et al. move for leave to file a sur-reply brief addressing this court's *en banc* decision in *CLS Bank International v. Alice Corporation*, No. 2011-1301, (Fed. Cir. May 10, 2013.

2   SINCLAIR-ALLISON, INC. v. FIFTH AVENUE PHYSICIAN SERVICE

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  Fifth Avenue's sur-reply brief is accepted for filing.

(2) Sinclair-Allison may file a supplemental reply brief not to exceed six pages within 14 days of the filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25